CHRISTOPHER J. CHRISTIE
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
(973) 645-645-2736
LAB0321

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **FRANK PERRONE,** *Defendant,* and **CHARLES SCHWAB,** **and its successors or assigns,** *Garnishee.* | Hon. Susan D. Wigenton CRIMINAL No. 07-289 AMENDED **GARNISHEE ORDER** |

An Application and Order for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee was duly issued. The Garnishee waived service of the Writ of Garnishment by United States Marshal and accepted service by express mail. Pursuant to the Writ of Garnishment, the Garnishee has filed an Answer to the Writ stating that at the time of the service of the Writ he had in his possession, custody or under his control, personal property belonging to and due defendant, and that garnishee was indebted to

-2-

defendant in the sum of $33,822.23.

IT IS ORDERED that the garnishee pay the sum of $33,822.23 **(which includes all accounts in Charles Schwab's possession in Mr. Perrone's name only and half of account# 116-8123 in Mr. Perrone's name and Kim Jean Perrone's name and that all securities be liquidated, 4146-7015, 7026-7593, 63-8123 and that account# 7274-9345 (PCRA), balance unknown, also be included in the total amount submitted)** or current balance of the defendant's accounts so that it may be applied to the defendant's financial obligation to the United States of America.

DATED: August 4, 2008

SUSAN D. WIGENTON, JUDGE
UNITED STATES DISTRICT COURT