PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Frank Perrone                                  Cr.: 07-CR-289-01
                                                                 PACTS #: 48279

Name of Sentencing Judicial Officer: The Honorable Susan D. Wigenton

Date of Original Sentence: 10/24/07

Original Offense: Mail Fraud

Original Sentence: 8 months of custody; 3 years of supervised release; DNA; Financial Disclosure; No New Debt; $2,000 fine and $525,378 in restitution

Type of Supervision: TSR                              Date Supervision Commenced: 09/05/08

## STATUS REPORT

U.S. Probation Officer Action:

On September 5, 2008, the offender began his 36 month term of supervised release. The offender was transferred to our low intensity caseload on May 10, 2010.

Mr. Perrone currently resides in Neshanic, New Jersey. The offender is currently a self employed as an information technology consultant for Forest Solutions and Designs. We believe that Mr. Perrone has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $42,335.96 towards his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Perrone's term of supervision to expire as scheduled on September 4, 2011.

                                                    Respectfully submitted,

                                                    *Patricia C. Jensen*
                                                    By: Patricia C. Jensen
                                                        U.S. Probation Officer
                                                    Date: July 19, 2011

PROB 12A - Page 2
Frank Perrone

[X] Concur with the recommendation of the U.S. Probation Office
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

July 27, 2011
_____
Date